

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-22-00262-CR**

**IN RE SCOTTIE H. GIBSON**

_____

**Original Proceeding**

**From the 249th District Court**
**Johnson County, Texas**
**Trial Court No. DC-F202000027**

_____

## MEMORANDUM OPINION

_____

Scottie Gibson's petition for a writ of mandamus, filed on August 12, 2022, is

denied.

STEVE SMITH
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Petition denied
Opinion delivered and filed August 17, 2022
Do not publish
[OT06]

